**Jerel CRABTREE, Appellant,**

v.

**DIVISION OF EMPLOYMENT SECURITY, Respondent.**

**No. WD 73993.**

Missouri Court of Appeals, Western District.

Dec. 27, 2011.

Jerel Crabtree, Appellant pro se.

Jeannie D. Mitchell, Jefferson City, MO, for respondent.

Before Division Three: KAREN KING MITCHELL, Presiding Judge, JAMES M. SMART, JR., Judge and GARY D. WITT, Judge.

**ORDER**

PER CURIAM:

Jerel Crabtree appeals the decision of the Labor and Industrial Relations Commission dismissing her unemployment benefits appeal because her "Application for Review" from the Appeals Tribunal to the Commission was not timely filed.